Before STATE INDUSTRIAL BOARD, Respondent. JOSEPHINE SCHMIDT, Claimant, Respondent, v. FLEISCHMANN CONSTRUCTION COMPANY and Another, Appellants. — Award unanimously affirmed, with costs in favor of the State Industrial Board. Present — H. T. Kellogg, Van Kirk, Hinman, Hasbrouck and McCann, JJ.